ACCEPTED
05-17-01223-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/31/2018 10:18 AM
LISA MATZ
CLERK



Katherine Elrich
214.220.5237

214.220.5287 | direct fax
kelrich@cobbmartinez.com

January 31, 2018

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

1/31/2018 10:18:07 AM

LISA MATZ
Clerk

**<u>Via E-File</u>**

Lisa Matz, Clerk
Fifth District Court of Appeals
George L. Allen, Sr. Courts Bldg.
600 Commerce Street, Suite 200
Dallas, Texas 75202-4658

> **Re:** **Case Number 05-17-01223-CV;** *Zeba Kamal and Syed Kamal Uddin Ahmed v. Mark A. Castillo and Curtis Castillo PC*

Dear Ms. Matz:

Please be advised that I will be on vacation the following dates:
- March 7, 2018 through March 16, 2018;
- May 16, 2018 through May 18, 2018; and
- May 29, 2018 through June 5, 2018.

I would appreciate if no oral arguments or hearings were scheduled during this period with regard to the above-referenced matter.

By copy of this letter, I am notifying all counsel of record of my vacation schedule.

Thank you for your assistance in this matter. Please do not hesitate to contact me if you have any questions regarding this matter.

Sincerely,

*Katherine Elric*

Katherine Elrich

KE/als/175801

cc:     **Via E-Service**

Mark Castillo
CURTIS CASTILLO, PC
901 Main Street, Suite 6515
Dallas, Texas 75202

Doug Perrin
J. Mark Perrin
THE PERRIN LAW FIRM
1910 Pacific Avenue, Suite 6050
Dallas, Texas 75201